**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Danko, an individual, ) | No. CV-06-1757-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Atlas Van-Lines, Inc., a Delaware ) corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel have requested the settlement conference set for July 10, 2007 be reset to a date later in July or early August, 2007. After consultation with all parties' calendars and the Court's calendar, the settlement conference will be reset to July 31, 2007 at 9:30.

**IT IS ORDERED resetting** the Settlement Conference in this matter from July 10, 2007 to **Tuesday, July 31, 2007 at 9:30 a.m.**

**IT IS FURTHER ORDERED affirming** all order contained in the undersigned's Order Setting Settlement Conference (docket #26) except for the date and time of said conference.

DATED this 28th day of June, 2007.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge