**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dennis Danko, an individual, | ) | No. CV-06-1757-PHX-MHM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Atlas Van-Lines, Inc., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter was set for Settlement Conference before the undersigned on Tuesday, July 31, 2007 and vacated due to an emergency causing the undersigned to be unavailable on the 31st for the scheduled conference.  Optional dates were given to counsel for August, 2007 but counsel have advised the court that the parties are desirous of deposing experts before the settlement conference is held.   After consultation with all parties' calendars and the court's calendar, the settlement conference will be reset to **Thursday, October 11, 2007 at 10:00 a.m.**

        **IT IS ORDERED resetting** the Settlement Conference in this matter from July 31, 2007 to **Thursday, October 11, 2007 at 10:00 a.m.**

/ / /

/ / /

/ / /

1    **IT IS FURTHER ORDERED affirming** all orders contained in the undersigned's

2    Order Setting Settlement Conference (docket #26) except for the date and time of said

3    conference.

4    DATED this 6th day of August, 2007.

5

6

7    Lawrence O. Anderson
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28